■ Lowell Grosse, Appellant, v Chelus, Herdzik, Speyer, Monte & Pajak, P.C., Respondent. (Appeal No. 1.) [782 NYS2d

202]—Appeal from a judgment of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered August 28, 2003. The judgment granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Gorski and Hayes, JJ.